FILED: June 9, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4338
(4:21-cr-00058-BO-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

QUAMAINE DONELL SMITH, a/k/a Animal

  Defendant - Appellant

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Greenville |
| Originating Case Number | 4:21-cr-00058-BO-1 |
| Date notice of appeal filed in originating court: | 06/08/2022 |
| Appellant | Quamaine Donell Smith |
| Appellate Case Number | 22-4338 |
| Case Manager | Amy L. Carlheim<br>804-916-2702 |