FILED: April 24, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4338
(4:21-cr-00058-BO-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

QUAMAINE DONELL SMITH, a/k/a Animal

        Defendant - Appellant

_____

TEMPORARY STAY OF MANDATE

_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Nwamaka Anowi, Clerk*