UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:21-CR-58-FL-1

| UNITED STATES OF AMERICA | ORDER ON MOTION TO |
| v. | CONTINUE RESENTENCING HEARING |
| QUAMAINE DONNELL SMITH | |

This matter is before the Court on the defendant's unopposed motion to continue the resentencing hearing currently set for November 4, 2025, for sixty (60) days, until this Court's January 2026 term.

The Court hereby GRANTS Defendant's motion to continue the resentencing hearing. The resentencing hearing shall be continued to the Court's January 6, 2026 term.

SO ORDERED, this 28th day of October, 2025.

_____
LOUISE WOOD FLANAGAN
United States District Judge