UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:21-CR-58-FL-1

UNITED STATES OF AMERICA

v.

QUAMAINE DONELL SMITH

MOTION TO SEAL
DOCUMENT AT DOCKET ENTRY #124

The Defendant, Quamaine Donell Smith, by and through his undersigned counsel, moves

the Court for an order to seal the document at Docket Entry #124.  For reasons essential to his

personal privacy and safety, Mr. Smith respectfully requests that the document be filed under seal.

Respectfully requested this 3rd day of April, 2026.

G. ALAN DuBOIS
Federal Public Defender

*/s/ Sherri Royall Alspaugh*
SHERRI ROYALL ALSPAUGH
First Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone:  919-856-4236
Fax:  919-856-4477
E-mail:  Sherri_Alspaugh@fd.org
N.C. State Bar No. 17581
LR 57.1 Counsel Appointed

1

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

KRISTINE LOUISE FRITZ
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on this date, using the CM/ECF system which will send notification of such filing to the above.

This the 3rd day of April, 2026.

/s/ *Sherri Royall Alspaugh*
SHERRI ROYALL ALSPAUGH
First Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone:  919-856-4236
Fax:  919-856-4477
E-mail:  Sherri_Alspaugh@fd.org
N.C. State Bar No. 17581
LR 57.1 Counsel Appointed

2