FILED:  April 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-4206
(4:21-cr-00058-FL-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

QUAMAINE DONELL SMITH, a/k/a Animal

Defendant - Appellant

_____

O R D E R

_____

The court appoints the Federal Public Defender for the Eastern District of

North Carolina to represent Quamaine Donell Smith in this case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk